**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUONG PEACE,<br>Plaintiff,<br>v.<br>STERLING JEWELERS INC.;<br>DOES 1-100, and each of them, inclusive,<br>Defendants. | Case No.<br> 5:20-cv-00180-FMO-SHK<br><br>**ORDER ON STIPULATION [18]<br>TO DISMISS WITH PREJUDICE** |

　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  February 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　／s／  Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE